In the Matter of CANADA DRY BOTTLING COMPANY OF ENDICOTT, INC., Respondent, *v.* JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.

Argued January 10, 1955; decided February 24, 1955.

*Alvin McKinley Sylvester* and *Robert W. Corcoran* for appellants.

*Israel Margolis* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.